IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SANDRA M. CARTER,

   Plaintiff,

     v.

THE HARTFORD FIRE
INSURANCE CO.,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-4008-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending granting the Defendant's Renewed Motion for Summary Judgment and Motion to Dismiss [Doc. 10]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment and Motion to Dismiss [Doc. 10] are GRANTED. The initial Motion for Summary Judgment [Doc. 7] is DENIED as moot.

SO ORDERED, this 12 day of October, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge